Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARIO A. AGUILAR-HERNANDEZ,<br><br>　　　　Defendant. | NO. 3:06-mj-00100-JDR<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

　　　　The defendant, MARIO A. AGUILAR-HERNANDEZ, through counsel, hereby notifies the court of his intent to change his plea. There is no plea agreement. Mr. Aguilar-Hernandez respectfully requests that a change of plea hearing be scheduled as soon as possible before a U.S. District Judge, at a time convenient to the court, the Assistant U.S. Attorney, and substitute defense counsel, Mike Dieni.

　　　　DATED this 8th day of June 2006.

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　s/Sue Ellen Tatter
　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　601 West Fifth Avenue, Suite 800
　　　　　　　　　　　　Anchorage, AK 99501
　　　　　　　　　　　　Phone:　　907-646-3400
　　　　　　　　　　　　Fax:　　　907-646-3480
　　　　　　　　　　　　E-Mail:　　sue_ellen_tatter@fd.org

<u>Certification</u>:
I certify that on June 8, 2006,
a copy of the ***Notice of Intent
to Change Plea*** was served
electronically on:

Todd Mikolop
Special Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

<u>s/Sue Ellen Tatter</u>