AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

UNITED STATES OF AMERICA
V.
MARIO AGUILAR-HERNANDEZ

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 3:06-mj-00100-JDR

I, _Mario Aguilar-Hernandez_, charged in a ☑ complaint ☐ petition pending in this District with _Alaska_ in violation of _18_, U.S.C., _1326_,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

_MARIO ALBERTO AGUILAR LIRA_
Defendant

_6/8/06_
Date

_Sue Ellen Tatter_
Counsel for Defendant