MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs <u>MARIO AGUILAR-HERNANDEZ</u>     CASE NO. <u>3:06-mj-00100-JDR</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE:         <u>TERRANCE W. HALL</u>

DEPUTY CLERK/RECORDER:        <u>APRIL KARPER</u>

UNITED STATES ATTORNEY:       <u>TODD MIKOLOP</u>

DEFENDANT'S ATTORNEY:         <u>SUE ELLEN TATTER - APPOINTED</u>

U.S.P.O.:                     <u>PAULA MCCORMICK</u>

INTERPRETER:         <u>VICTORIA FUNES        (SPANISH)</u>
<u>X</u> Telephonic Appearance                    (Language)

PROCEEDINGS: INITIAL APPEARANCE ON COMPLAINT HELD JUNE 8, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:41 p.m. court convened.

<u>X</u> Interpreter sworn.

<u>X</u> Copy of Complaint given to defendant: waived reading.

<u>X</u> Defendant advised of general rights. <u>X</u> Waived full advisement
                                              of rights.

<u>X</u> Defendant advised of charges and penalties.

<u>X</u> Defendant sworn.

<u>X</u> Defendant stated true name:<u> Same as above.</u>

<u>X</u> Financial Affidavit filed.
  <u>X</u> Federal Public Defender accepted appointment; FPD notified.

<u>X</u> Waiver of Preliminary Examination or Hearing **FILED**.

<u>X</u> Defendant detained. Order of Detention Pending Trial **FILED.**

<u>X</u> OTHER: <u>Court and counsel heard re defendant's desire to waive preliminary hearing, waive Indictment, and have case set on for a Change of Plea Hearing before a U.S. District Court Judge. Court instructed counsel to file a notice of change of plea by the close of business on **June 9, 2006.**</u>

At 1:56 p.m. court adjourned.


DATE:    <u>June 8, 2006</u>         DEPUTY CLERK'S INITIALS:   <u>ak</u>